IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01502-MSK

RICHARD A. DEJULIO

       Plaintiff,

v.

JO ANNE B. BARNHART,
*Commissioner of Social Security*,

       Defendants.

---

## ORDER SETTING ORAL ARGUMENT

---

THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

**IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **April 27, 2006 at 8:00 a.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

DATED this 9th day of March 2006.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger

United States District Judge