IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01502-MSK

RICHARD A. DEJULIO

    Plaintiff,

v.

JO ANNE B. BARNHART,
*Commissioner of Social Security*,

    Defendants.

---

## ORDER RESETTING ORAL ARGUMENT HEARING

The Oral Argument Hearing scheduled for April 27, 2006 at 8:00 a.m. has been reset to **April 27, 2006 at 2:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 26th day of April 2006.

                **BY THE COURT:**

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge