IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01502-MSK

RICHARD A. DEJULIO

      Plaintiff,

v.

JO ANNE B. BARNHART,
*Commissioner of Social Security*,

      Defendant.

---

## ORDER GRANTING MOTION FOR ATTORNEY'S FEES

---

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Amended Motion for

Attorney Fees With Joint Restructuring (**# 32**).[1]

The motion indicates that the parties have conferred, and the Defendant has no objection

to the Plaintiff's counsel's request for a total of $ 7,000 in attorney's fees.  The Plaintiff's counsel

requests that the fees be apportioned as two separate awards: one for $ 3,500, payable by the

Defendant, pursuant to the Equal Access to Justice Act; 28 U.S.C. § 2412(d), and one for $

3,500, assessed against the award of benefits to the Plaintiff himself, pursuant to 42 U.S.C. §

406(b).  In the alternative, the Plaintiff's counsel requests the whole sum of $ 7,000 to be

awarded pursuant to 42 U.S.C. § 406(b).  The Court understands the Plaintiff's motion to

---

[1]The Plaintiff notes that this motion operates to withdraw his Motion for Attorney's Fees
(**# 26**), and thus, that motion is deemed withdrawn.  Although the Plaintiff does not expressly
state, the motion also appears to supplant his Amended Motion for Attorney's Fees (**# 31**), which
the Court also deems withdrawn.  Also pending is the Plaintiff's Motion for Hearing/Conference
(**# 30**), which is denied as moot as a result of the issuance of this Order.

represent that the Defendant opposes a split award, but has no opposition to an award of the full amount pursuant to 42 U.S.C. § 406(b).

42 U.S.C. § 406(b)(1)(A) provides that, when the Court allows an award of attorney's fees under that section, "no other fee may be payable or certified for payment for [attorney] representation except as provided in this paragraph." As a result, where an attorney receives a split award under both the Equal Access to Justice Act and the Social Security Act, the attorney is required to refund the smaller amount to the claimant. *McGraw v. Barnhart*, 450 F.3d 493, 497-98 (10th Cir. 2006). Given that the Plaintiff's counsel has requested that the attorney's fee award be split evenly between the two statutes, the Court has doubts that such an award would achieve the results contemplated by counsel.

Accordingly, there appearing to be no opposition, the Plaintiff's Motion **(# 32)** is **GRANTED**, insofar as the Court awards the Plaintiff's counsel the sum of $ 7,000 in fees, pursuant to 42 U.S.C. § 406(b). The Judgment **(# 24)** in this case is **DEEMED AMENDED** to conform to this Order. The Plaintiff's Motion for Attorney's Fees **(# 26)** and Amended Motion for Attorney's Fees **(# 31)** are **DEEMED WITHDRAWN**, and the Plaintiff's Motion for Hearing/Conference **(# 30)** is **DENIED AS MOOT**.

Dated this 29th day of March, 2007

BY THE COURT:

Marcia S. Krieger
United States District Judge